IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA - SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-41192-MJK |
| | : | |
| RODNEY E EDWARDS, SR, | : | |
| | : | |
| Debtor. | : | |
| | : | |
| --- | | --- |
| | : | |
| THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-RZ2, | : : : : : : : : : : | CONTESTED MATTER<br><br>JUDGE: HONORABLE MICHELE J. KIM<br><br><br>CHAPTER: 13 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| RODNEY E EDWARDS, SR, O BYRON MEREDITH, III, Trustee, | : : | |
| | : | |
| Respondent(s). | : | |

AMENDED NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY (#41)

COMES NOW Movant, and pursuant to Bankruptcy Rule 7041 and Rule 41 of the

Federal Rules of Civil Procedure, hereby withdraws its Motion for Relief from the Automatic Stay, without prejudice.

/s/ *Joshua M. Ryden*

Joshua M. Ryden, Bar No.: 140502
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147
Email: jryden@aldridgepite.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| IN RE: | Case No. 15-41192-JSD |
| RODNEY E EDWARDS, SR, | Chapter 13 |
| Debtor. | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the October 20, 2017, I served a copy of **Amended Notice of Withdrawal of Motion for Relief from the Automatic Stay (#41)** which was filed in this bankruptcy matter on October 20, 2017, in the manner indicated:

**The following parties have been served by the Court by the virtue of their participation in the CM/ECF system**:

John E. Pytte                                         O Byron Meredith, III

**The following parties have been served via U.S. First Class Mail**:

Rodney E Edwards, Sr
1112 Chaparral Circle
Hinesville, GA 31313

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: October 20, 2017           /s/ *Joshua M. Ryden*
                                  Joshua M. Ryden, Bar No.: 140502
                                  Attorney for Movant
                                  Aldridge Pite, LLP
                                  Fifteen Piedmont Center
                                  3575 Piedmont Road, N.E., Suite 500
                                  Atlanta, GA 30305
                                  Phone: (404) 994-7400
                                  Fax: (888) 873-6147
                                  Email: jryden@aldridgepite.com